# MENZ BONNER KOMAR & KOENIGSBERG LLP

ATTORNEYS AT LAW

800 WESTCHESTER AVENUE, SUITE 641-N
RYE BROOK, NEW YORK 10573

TEL: (914) 949-0222         FAX: (914) 997-4117

www.mbkklaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2024
```

June 24, 2024

**VIA ECF**

Honorable Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: PROPOSED BRIEFING SCHEDULE ON CONSENT
*Associated Indus. Ins. Co. v. Sentinel Ins. Co.*, Case No. 1:23-cv-10400-MMG

Dear Judge Garnett:

We represent Defendant Sentinel Insurance Company, Ltd. ("Sentinel") in the above-referenced action. We submit this letter jointly with counsel for Plaintiff Associated Industries Insurance Company, Inc ("Associated") pursuant to Your Honor's instruction at the June 20, 2024 conference that the parties submit a proposed briefing schedule for dispositive motions.

The parties propose the following briefing schedule for the dispositive motions that will be filed by both Sentinel and Associated:

July 31, 2024:        Moving Papers Due

August 30, 2024:      Opposition Papers Due

September 16, 2024:   Reply Papers Due

We request that Your Honor kindly confirm that this schedule is acceptable to the Court. Thank you for your time and consideration.

Respectfully submitted,

*Michael S. Komar*

Michael S. Komar

cc: Max W. Gershweir, Esq.

---

The proposed briefing schedule for cross-motions for summary judgment is hereby ADOPTED. Any motions are due by **July 31, 2024,** any opposition briefs are due by **August 30, 2024,** and any reply briefs are due by **September 16, 2024**. The Clerk of Court is directed to terminate Dkt. No. 24.

SO ORDERED.  Date 6/26/2024

HON. MARGARET M. GARNETT, U.S. DISTRICT JUDGE