**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------X
ASSOCIATED INDUSTRIES INSURANCE
COMPANY, INC.,

       Plaintiff,        23 **CIVIL** 10400 (MMG)

  -against-            **<u>JUDGMENT</u>**

SENTINEL INSURANCE COMPANY, LTD.,


       Defendants.
-----------------------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 16, 2025, the Court GRANTS Sentinel's motion for summary judgment and DENIES Associated's motion for summary judgment.

**Dated:** New York, New York

 June 17, 2025

                    **TAMMI M. HELLWIG**
                    _____
                    **Clerk of Court**

          **BY:**

                      _____
                      **Deputy Clerk**